TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Ann Marie Mackiewicz

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Ann Marie Mackiewicz,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>Vital Recovery Services, Inc,<br><br>                    Defendant. | Case No.: 2:15-cv-01757 PA (Ex)<br><br>**ORDER** |

1
2        Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.
3
4   Date: May 5, 2015
5                                              _____
6     **JS-6**                                 Judge:  Percy Anderson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2                                                                          ORDER